GILBERT J. DARLING, RESPONDENT, *v.* SELAH S. BREWSTER AND OTHERS, APPELLANTS.

APPEAL from a judgment in favor of the plaintiff, ordered at the Special Term upon the coming in of a referee's report, and from orders overruling exceptions to his report, and denying a motion to strike out portions of the judgment roll.

This case has already been before the Court of Appeals, † where the judgment was reversed and a reference ordered to take and state the accounts of the parties to the action.

* Hallgarten v. Eckert, 1 Hun, 117.      † 55 N. Y., 667.

Upon this appeal the General Term were of the opinion that the reference had been made in substantial conformity to the opinion of the Court of Appeals, and affirmed the judgment.

*Richard B. Huntley,* for the appellants.

*Scudder & Carter,* for the respondents.

Opinion by DAVIS, P. J.

DANIELS and BARRETT, JJ., concurred.

Judgment and orders affirmed, with costs.